# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, | } |
| Plaintiff, | } |
| v. | } Case No.: 5:14-cv-1217-RDP-JHE |
| DR. CHARLES VERNON SKOOG, | } |
| Defendant. | } |

## MEMORANDUM OPINION

On July 12, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 72). No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Plaintiff's Motion for Summary Judgment (Doc. # 65) be denied and Defendant's Special Report (Doc. # 53), construed as a motion for summary judgment, be granted. This action is due to be dismissed with prejudice.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this July 31, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE